I IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE: )
)
)
**Tony E. Felts** )
) CASE NO. 08-30785-DHW-13
Debtor(s). )

**ORDER**

This matter having come before this Court for a final evidentiary hearing on the Debtors Motion to Reconsider/ Set Aside and determine that the automatic stay in bankruptcy has not lifted in favor of MidFirst as the result of the Creditors failure to allow the Debtor to complete the certification papers in order for the Debtor to have a proper mortgage payment. The parties having reached an agreement and announcing said settlement it is hereby Ordered:

Whereas Richard D. Shinbaum, representing the Debtor, and Mark A. Pickens, representing MidFirst Bank (Creditor), have reached a consent settlement on said Motion. The Debtor is to begin in the month of August, 2009 paying directly to Creditor the full monthly mortgage payments. The Creditor will be allowed to file a secured post-petition arrearage claim in the amount of $14,833.65 which includes all past due Government Assisted Payments that have not been tendered by the U.S. Department of Housing and Urban Development due to a change in the Debtors status which caused him to loose his certification under the 235 mortgage program, all past due portions of the Debtors payments, and all fees and costs incurred on this loan. Further, that the Debtor has agreed to complete and execute a new set of 235 re-certification forms and forward it to the Creditor forthwith. Further, the Debtor will pay the full payment until such time as the loan is approved for re-certification under the 235 program with the U.S. Department of Housing and Urban Development.

Further Ordered, the Order entered by consent and dated November 6, 2008 is hereby reaffirmed and will remain in full effect.

Dated this 31 day of August, 2009.

/s/ Dwight H. Williams, Jr.
United States Bankruptcy Judge

xc: Debtors:
Tony E. Felts
940 N. Burbank Drive
Montgomery, Alabama 36117

Co-Debtor:
Lorraine E. Felts
940 N. Burbank Drive
Montgomery, Alabama 36117

Attorney for Debtor:
Richard D. Shinbaum
Shinbaum, McLeod & Campbell
P.O. Box 201
Montgomery, AL 36101

Trustee:
C. Curtis Reding

Attorney for Creditor:
Mark A. Pickens

Order prepared by:
Mark A. Pickens
Post Office Box 59372
Birmingham, AL 35259